FILED: September 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4347 (L)
(3:21-cr-00225-RJC-DCK-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ROBERT LEE BARRINGER

  Defendant - Appellant

_____

O R D E R
_____

The court grants the unopposed motion to suspend briefing pending the final restitution order from the district court. The parties are required to submit a status report on or before 10/24/24, and every 30 days thereafter.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk